UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAMEL C. CUENCAS,

Plaintiff,

-against-

C.O. RIVERA; CORPORAN, CAPTAIN OF PROGRAMS,

Defendants.

26-CV-5588 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who currently is detained at the George R. Vierno Center, brings this action *pro se*. He asserts federal and state law claims arising from events that took place on March 5, 2026, at the Robert N. Davoren Center. By separate order, the court granted Plaintiff's request to proceed *in forma pauperis*, that is, without prepayment of fees.[1]

**DISCUSSION**

The Clerk of Court is directed to electronically notify the New York City Department of Correction ("DOC") and the New York City Law Department of this order. The Court requests that Defendants Correction Officer Rivera and Captain Corporan waive service of summons.

In the complaint, Plaintiff has not included the full names or badge numbers for the defendants, but he supplies sufficient information to permit the DOC to identify the defendants. It is therefore ordered that, if the DOC is unable to waive service for Officer Rivera, who has a common name, or for Captain Corporan, the New York City Law Department, which is the attorney for and agent of the DOC, must ascertain their full names and badge numbers and

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

provide this information to Plaintiff and the Court within sixty days of the date the waiver of service is returned unexecuted. Once the Court has received this information, if necessary, the Court will issue an order asking Defendants Rivera and Corporan to waive service.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is directed to electronically notify the DOC and the New York City Law Department of this order. The Court requests that Defendants Rivera and Corporan waive service of summons.

If the waiver of service is returned unexecuted, the New York City Law Department must ascertain the full names and badge numbers of Defendants Rivera and Corporan and provide this information to Plaintiff and the Court within 60 days of the date that the waiver of service is returned unexecuted.

SO ORDERED.

Dated: July 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge